**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12513
Non-Argument Calendar
_____

CINDY ELAINE WASHINGTON,

*Plaintiff-Appellant,*

*versus*

MICHAEL ROMERO,
   Licensing Coordinator,
SUZE SUSALINE,
   Instructor,
MICHELLE BAPTISTE,
   Instructor,
BRENDA PRESCOTT,
TIARA DUNBAR,
   Notary, et al.,

*Defendants-Appellees.*

2                          Opinion of the Court                          25-12513

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-cv-00470-WWB-LHP

————————————

Before JILL PRYOR, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

Cindy Elaine Washington, proceeding pro se, appeals from the magistrate judge's July 2, 2025, report and recommendation ("R&R") that her most recent motion to proceed in forma pauperis and operative amended complaint be denied and dismissed, respectively. We lack jurisdiction to review that R&R because it has not been adopted or otherwise rendered final by the district court. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions of the district courts"); *Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (explaining that an R&R that has not been adopted by the district court is not final). Additionally, subsequent adoption of the R&R would not cure Washington's premature notice of appeal. *See Perez-Priego*, 148 F.3d at 1273.

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.